# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MANJU SHRESTHA and
TIANA SANDERS,

    Plaintiffs,

v.                                        Case No. 2:22-cv-2268-MSN-atc
                                                JURY DEMAND

UNITED STATES POSTAL SERVICE,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed April 29, 2022.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Joint Motion for Settlement Approval (ECF No. 41), entered October 21, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

October 21, 2024
Date